```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700


Attorney for Petitioner
DONALD WILLIAM TARNAWA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAM TARNAWA,<br><br>    Petitioner,<br><br>  v.<br><br>RUSSELL PURDUE, Warden,<br><br>    Respondent.<br>_____ | No. 2:09-cv-2429 EFB<br><br>**STIPULATED REQUEST TO ENTER JUDGMENT IN PETITIONER'S FAVOR FOLLOWING NINTH CIRCUIT REMAND; and [~~lodged~~] ORDER** |

Petitioner, DONALD WILLIAM TARNAWA, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, RUSSELL PURDUE, Warden,[*] by and through his counsel, Assistant United States Attorney Samantha S. Spangler, hereby stipulate that WHEREAS:

(1) on August 28, 2009, Mr. Tarnawa filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 alleging that the Warden acted in excess of his legal authority and the Mandatory Victims Restitution Act of 1996 by fixing a restitution payment schedule in the absence of a schedule set

---

[*] Mr. Tarnawa is now confined at the Federal Correctional Institution at Gilmer, where Russell Purdue is the warden, and he is automatically substituted as a party pursuant to Rule 25(d), Federal Rules of Civil Procedure.

1       by the sentencing court;

2   (2) on March 18, 2011, the district court issued an order that,
3       without addressing the merits, dismissed the petition for
4       failing to exhaust remedies, relying in part on *Ward v.*
5       *Chavez*, 2009 U.S. Dist. LEXIS 76744 (D. Ariz. Aug. 27, 2009);

6   (3) following the entry of judgment and an unsuccessful motion
7       for reconsideration, Mr. Tarnawa filed a pro se notice of
8       appeal on November 1, 2011;

9   (4) the Ninth Circuit Court of Appeals appointed counsel to
10      represent Mr. Tarnawa, and he filed a motion for summary
11      reversal, noting that the decision relied on by this Court
12      was subsequently reversed by the Ninth Circuit Court of
13      Appeals in *Ward v. Chavez*, 678 F.3d 1042 (2012);

14   (5) on February 26, 2013, the Ninth Circuit Court of Appeals
15      issued an order vacating the judgment of this Court and
16      remanding the case for further proceedings; accordingly,

17   (6) THEREFORE, the parties stipulate and recommend this Court
18      file the order below entering judgment in Mr. Tarnawa's favor
19      in the above-entitled matter.

20 Dated: March 29, 2013

21 Respectfully submitted,

22 BENJAMIN B. WAGNER             JOSEPH SCHLESINGER
   United States Attorney          Acting Federal Defender
23

24
   */s/ Samantha S. Spangler*        */s/ David M. Porter*
25 SAMANTHA S. SPANGLER           DAVID M. PORTER
   Assistant U.S. Attorney         Assistant Federal Defender
26
   Attorney for Respondent         Attorney for Petitioner
27 RICHARD IVES, Warden           DONALD WILLIAM TARNAWA

28
   STIPULATED REQUEST TO ENTER
   JUDGMENT IN PETITIONER'S FAVOR

**O R D E R**

Pursuant to the February 26, 2013 order of the U.S. Court of Appeals for the Ninth Circuit in the above-entitled matter, the court orders that:

1. The petition for writ of habeas corpus is GRANTED.

2. The Warden is ordered to exempt Mr. Tarnawa from the Inmate Financial Responsibility Program unless the sentencing court specifies the restitution schedule.

3. The Clerk is directed to re-enter judgment and close the case.

IT IS SO ORDERED.

Dated: April 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST TO ENTER
JUDGMENT IN PETITIONER'S FAVOR

-3-